IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07CR239-TFM |
| ) | (18 U.S.C. 641) |
| KIMBERLY D. BURKHART ) | |
| ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

COUNT

On or about the 3rd day of May, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, KIMBERLY D. BURKHART did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Reese H. Hays III*
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786
Fax:  334-953-2787

STATE OF ALABAMA            )
                            )         **AFFIDAVIT**
COUNTY OF MONTGOMERY        )


The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently reassigned to Barksdale Air Force Base in Louisiana. On or about 3 May 2007, via closed circuit monitors, I observed KIMBERLY D. BURKHART in the clothing section of the Base Exchange (BX). She selected a green thong underwear item, concealed it in a pair of slacks and went into the women's fitting room. When she exited the fitting room, the thong was not visible. The fitting room was immediately searched and the price tag and clothes hanger were found, but no thong. BURKHART continued to shop in the clothing area and soon returned to the fitting room. She was in and out of the fitting room several times trying on clothing. When she finally left the fitting room and went to central checkout, the fitting room was searched again. No thong was found. She paid for a few items at central checkout, but no thong. When she left the BX, I detained her in the lobby area, identified her and escorted her to the security office. Security Forces was called and responded. While waiting for Security Forces, BURKHART admitted she was wearing the thong, but said she had forgotten to take it off. She offered to pay for the item as she had left the price tag in the fitting room. When Security Forces arrived, BURKHART was searched and the thong was recovered. The value of the thong was $12.99. BURKHART was transported to the Law Enforcement Desk for further processing.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 17th day of September, 2007.

_____
Notary Public

> AUDREY FAYE GRIFFIN
> Notary Public
> STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS