IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07-cr-239-TFM |
| | ) | |
| KIMBERLY D. BURKHART | ) | |
| | ) | **INFORMATION** |
| | ) | |
| | ) | |

**GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT**

     On November 9, 2007, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before five days prior to the pretrial conference, the government advise the court in writing as to whether this case will be tried.  It is the intent of the government to allow the Defendant to enter the Pre-Trial Diversion Program if the U. S. Probation Office's investigation reveals that she is a proper applicant.  If not, we will continue with prosecution through the United States District Court.   At the request of defense on December 4, 2007, the Government sent an approval  recommendation to the U.S. Attorney on December 5, 2007.

                                                     Respectfully submitted,

                                                     s/Reese H. Hays III
                                                   REESE H. HAYS III
                                                   Special Assistant United States Attorney
                                                   42 ABW/JA
                                                   50 LeMay Plaza South
                                                   Maxwell AFB AL  36112-6334
                                                   (334) 953-2786

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of December, 2007, and in the matter of *United States of America v. Kimberly D. Burkhart,* 2:07-cr-230-TFM, I electronically filed the Government Response to Order on Arraignment with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

      Respectfully submitted,

      s/Reese H. Hays III
      REESE H. HAYS III
      Special Assistant United States Attorney
      42 ABW/JA
      50 LeMay Plaza South
      Maxwell AFB AL  36112-6334
      (334) 953-2786